JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS HAROONIAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-04487-CJC-JC<br><br>ORDER (1) ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; (2) GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL; AND (3) DISMISSING COMPLAINT AND ACTION WITHOUT PREJUDICE<br><br>[DOCKET NOS. 7, 20] |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the January 14, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") except that – in light of Plaintiff's subsequent filing of a Request for Dismissal – the Court dismisses the Complaint and this action without prejudice, instead of dismissing the Complaint as against the remaining Defendants with leave to amend.

　　The Report and Recommendation recommended that this Court (1) grant in part and deny in part the Request for Judicial Notice filed by the City of Los Angeles ("City"); (2) grant the City's Motion to Dismiss to the extent it seeks dismissal of the Complaint for failure to state a claim against the City – the only

remaining named Defendant – and dismiss the Complaint against the City with leave to amend; (3) dismiss the Complaint as against the Doe Defendants with leave to amend; and (4) direct Plaintiff, within fourteen (14) days to do one of the following:  (a)  file a First Amended Complaint; (b) file a Notice of Dismissal; or (c) file a Notice of Intent to Stand on Complaint.  On January 21, 2022, Plaintiff effectively chose the option of filing a Notice of Dismissal and filed a Request for Dismissal, asking the Court to dismiss the Complaint and the entire action without prejudice.  Neither Plaintiff nor Defendant filed any objections to the Report and Recommendation by the January 28, 2022 deadline to do so and Defendant has not filed any opposition to Plaintiff's Request for Dismissal.

IT IS THEREFORE FURTHER ORDERED:

1. The City's Request for Judicial Notice is granted in part (as to Exhibits A-D & I) and denied in part (as to Exhibits E-H);
2. The City's Motion to Dismiss is granted to the extent it seeks dismissal of the Complaint for failure to state a claim as against the City;
3. Plaintiff's Request for Dismissal is granted, the Complaint is dismissed without prejudice as against the remaining Defendants (the City and the Doe Defendants), and this action is dismissed without prejudice; and
4. The Clerk shall serve copies of this Order – which terminates this action – on Plaintiff and counsel for Defendants who have appeared in this action.

IT IS SO ORDERED.

DATED: February 1, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE